UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re 1600 Western Venture L.L.C.,

    Debtor.

Bankr. No. 25-08821

Chapter 11

Chief Judge Jacqueline Cox

**Order Allowing State Court Case to Proceed**

To avoid wasting judicial resources by having this court hear or resolve matters now pending in the state court where five days of trial have already proceeded on matters involving a receiver appointment in which mortgage validity issues were presented,

IT IS HEREBY ORDERED that the state court may continue the hearing(s) on the matters before it, unlimited at this time. Should the parties need to address the effect of the ensuing state court orders on this bankruptcy case, they can do so in the future. This court was told that this bankruptcy case was filed on the last day of a five-day hearing.

The automatic stay is not in effect as to *Wells Fargo v. 1600 Western Venture LLC*, Case Number 24 CH 00950 pending in the Circuit Court of Cook County, Illinois before Judge Seaton.

Should this court decline to enter this order, it risks having to duplicate the efforts of the state court, wasting the time and resources of this court and of the parties.

Judge: J.P. Cox /s/ Jacqueline P. Cox

Date: June 16, 2025